**THIS ORDER IS APPROVED.**

**Dated: November 20, 2008**

_____
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

1 | **LAW OFFICE OF ALLEN & COPPERSTONE, PLLC**
**252 West Ina Road Suite 203**
**Tucson, AZ 85704**
**(520) 628-8888**

**RONALD ALLEN**
**Bar No. 009904**
**CHERYL K. COPPERSTONE**
**Bar No. 015009**
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | CASE No. 4:08-bk-05529-JMM |
|---|---|
| **JUDITH M. THORPE** | Chapter 13 |
| Debtor. | **ORDER** |

This matter having come before the Court at the hearing held on November 17, 2008 at 11:15 a.m. on the Motion for Relief from the Automatic Stay, and good cause appearing,

**IT IS HEREBY ORDERED** that the rental monies for the home located at 810 S. Kolb #11, Tucson AZ shall be paid to Allen & Copperstone and placed in the trust for resolution of the motion to lift stay and preserve the assets of the estate.

**DATED** this _____ day of _____, 2008

_____
HONORABLE JAMES M. MARLAR
United States Bankruptcy Judge

A copy of the foregoing mailed
to the following:

Renter
810 S. Kolb #11
Tueson, AZ 85710

*GRANTED*