**THIS ORDER IS APPROVED.**

**TIFFANY & BOSCO** P.A.

Dated: February 23, 2009

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**JAMES M. MARLAR**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-11530/6460783449

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Judith M. Thorpe<br>      Debtors.<br>_____<br>Bank of America 173<br><br>      Movant,<br>vs.<br><br>Judith M. Thorpe, Debtors; Dianne C. Kerns, Trustee.<br><br>      Respondents. | No. 4:08-bk-05529-JMM<br><br>Chapter 13<br><br>ORDER VACATING HEARING<br><br><br>Hearing Date: February 23, 2009<br>Hearing Time: 9:30 a.m. |

Pursuant to Movant's Motion to Vacate Hearing and for good cause appearing;

IT IS HEREBY ORDERED that the hearing scheduled for February 23, 2009 at 9:30 a.m. is hereby vacated.

DONE IN OPEN COURT this _____ day of _____, 2009.

_____
Judge of the U.S. Bankruptcy Court